UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAUDE BOLING,

    Plaintiff,    CIVIL ACTION NO. 07-11752
            HON. JOHN CORBETT O'MEARA

v.

CORRECTIONAL MEDICAL SERVICES, INC.,
And TERRY A. ARNOLD,

    Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE PEPE'S
REPORT AND RECOMMENDATION

  The Court having reviewed Magistrate Judge Pepe's Report and Recommendation, filed October 31, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

  IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

  IT IS FURTHER ORDERED that both Defendant Arnold's motion for summary judgment and Defendant CMS's motion to dismiss be GRANTED.

  IT IS FURTHER ORDERED that this case is DISMISSED.

            s/John Corbett O'Meara
            United States District Judge

Date: November 30, 2007

Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on November 30, 2007, by electronic and/or U.S. mail.

s/William Barkholz
Case Manager